# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES MIKE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:11-cv-0041 |
| | ) | |
| v. | ) | JUDGE HAYNES |
| | ) | |
| MARSHALL COUNTY | ) | JURY DEMAND |
| AMBULANCE SERVICES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] INITIAL CASE MANAGEMENT ORDER

The Initial Case Management Conference was held on the afternoon of September 2, 2011. After discussing the parties' respective case theories, the Court directed the Defendant, Marshall County Ambulance Services, to provide a copy of Plaintiff Mike Davis's personnel file to Plaintiff's Counsel to review. The parties are also ordered to file a new Proposed Case Management Order 30 days after Plaintiff's Counsel's receipt of Plaintiff's personnel file.

It is so **ORDERED**.

Entered this ___6___ day of September, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge

{FB120471 /}
Case 1:11-cv-00041   Document 14   Filed 09/02/11   Page 1 of 4 PageID #: 41
Case 1:11-cv-00041   Document 15   Filed 09/06/11   Page 1 of 1 PageID #: 45